Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLAKER, et al. | ) Case No. 3:18-CV-02108-CAB-JMA |
| Plaintiffs | ) **Declaration of Jeremy S. Golden in Support of Plaintiffs' Motion to Remand** |
| v. | ) |
| CREDIT ONE BANK, N.A., et al. | ) Date:     October 17, 2018 |
| Defendants. | ) The Hon. Cathy Ann Bencivengo |

I, Jeremy S. Golden, declare as follows:

    1)    I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

    2)    I am the attorney of record for Plaintiffs Richard and Samantha Blaker in the above-captioned case and am familiar with the facts of the case, arbitration, and pleadings.

    3)    On March 25, 2016 Plaintiffs filed this case against Defendant Credit One Bank in the Superior Court of California, County of San Diego, entitled, *Richard and Samantha Blaker v. Credit One Bank, N.A.*, Case No. 37-2016-00009977-CU-NP-NC.  A true and correct copy of the Summons and Complaint is on file with this court as Exhibit A to the Notice of Removal (Docket #1-2).

4) Defendant filed a motion to compel arbitration in the state court proceeding which was granted on July 18, 2016.  A true and correct copy of the motion is on file with this court as Exhibit B to the Notice of Removal (Docket #1-3).   The state court stayed the case pending completion of the arbitration.  A true and correct copy of the court's order is on file with this court as Exhibit C to the Notice of Removal (Docket #1-4).

5) On August 1, 2016 Plaintiffs filed a claim with the American Arbitration Association ("AAA").  A true and correct copy of the arbitration claim is on file with the court as Exhibit D to the Notice of Removal (Docket #1-5).

6) On January 9, 2017 Plaintiffs filed a First Amended Arbitration Claim.  A true and correct copy of the amended arbitration claim is on file with the court as Exhibit E to the Notice of Removal (Docket #1-6).

7) On July 27, 2017 Plaintiffs filed and served an Arbitration Hearing Brief indicating they were seeking in excess of $75,000. A true and correct copy of the brief is attached as Exhibit 1 to this declaration.  *See Claimant's Arbitration Hearing Brief*, p.12, lns. 10-12.

8) AAA appointed attorney Dan H. Deuprey as arbitrator. Arbitrator Deuprey held an in-person hearing on August 3 and 4, 2017.  Following the hearing Arbitrator Deuprey found in favor of Plaintiffs and rendered an award in their favor in excess of $75,000.

9) Defendant appealed the decision to a three-person tribunal with AAA.  AAA appointed attorneys Janice L. Sperow, Leo Sullivan and William Tucker as arbitrators for the hearing.  The arbitrators held an in-person hearing on April 18 and 19, 2018. The arbitrators unanimously found in favor of Plaintiffs and rendered an award in their favor. At both hearings Defendant was present and represented by counsel.  Both Plaintiffs and Defendant were given an opportunity to object to the appointment of the Arbitrators per the AAA Consumer Arbitration Rules, but neither did so.

10) Attached as Exhibit 2 to this Declaration is a true and correct copy of the Final Arbitration Award rendered on July 19, 2018 by appointed arbitrators Janice L. Sperow, Leo

Sullivan, and William Tucker. The award was transmitted to counsel for Plaintiffs and Defendant via email on July 20, 2018.

11) The arbitration was complete and final as of July 19, 2018. By operation of the state court's order the stay was lifted.

12) Plaintiffs filed a petition to confirm the arbitration award in state court. The petition was served via mail August 9, 2018. The court filed it August 10, 2018. The hearing for the petition to confirm the award was set for September 21, 2018. A true and correct copy of the petition is on file with this court as Exhibit F to the Notice of Removal (Docket #1-7).

13) The final day by which to oppose the petition to confirm the award was September 10, 2018. Cal. Code Civ. Proc. § 1005(b). On September 10, 2018 Defendant removed the present case to federal court and did not file an opposition to the petition to confirm.

14) The removal to federal court was filed more than thirty days after Defendant was aware that: (1) the case involved a federal statute, (2) the parties were from diverse states, (3) the Plaintiffs' claims exceeded $75,000 and (4) a stay of the state court proceedings was lifted.

15) In preparing this motion to remand I expended nine hours. I spent two hours of research on September 11, 2018. I spent six hours preparing the motion, declaration, order, and points and authorities. I spent an additional hour revising the motion and reviewing local rules and overseeing the filing. My hourly billing rate is $350 per hour. I request compensation of $3,150 for filing the motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on September 12, 2018 at Chula Vista, CA.

Date:  September 12, 2018

_____s/ Jeremy S. Golden_____
Jeremy S. Golden
Attorney for Plaintiffs

Declaration of Jeremy S. Golden in Support of Plaintiffs' Motion to Remand