Becca J. Wahlquist, Esq. (SBN 215948)
Snell & Wilmer LLP
350 S. Grand Ave. # 3100
Los Angeles, CA 90071-3406
(213) 929-2544
bwahlquist@swlaw.com

Damian P. Richard, Esq. (SBN 262805)
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
(619) 758-1891
drichard@sessions.legal

*Attorneys for Defendant*
Credit One Bank, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLAKER, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>CREDIT ONE BANK, N.A., et al.<br><br>             Defendants. | Case No. 3:18-CV-02108-CAB-JMA<br><br>Judge Cathy Ann Bencivengo<br><br>**PROOF OF SERVICE** |

CASE NAME: Blaker et al. v. Credit One Bank, N.A. et al.
CASE NO:   18-cv-02108 CAB JMA

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**NOTICE OF MOTION AND MOTION TO VACATE TCPA PORTIONS OF ARBITRATION AWARD; PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO CONFIRM**

( )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( x )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Jeremy S. Golden, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 17, 2018

Ann M. Coito