Becca J. Wahlquist, Esq. (SBN 215948)
Snell & Wilmer LLP
350 S. Grand Ave. # 3100
Los Angeles, CA 90071-3406
(213) 929-2544
bwahlquist@swlaw.com

Damian P. Richard, Esq. (SBN 262805)
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
(619) 758-1891
drichard@sessions.legal

*Attorneys for Defendant*
Credit One Bank, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLAKER, et al., | Case No. 3:18-CV-02108-CAB-JMA |
| Plaintiffs, | Judge Cathy Ann Bencivengo |
| v. | **NOTICE OF HEARING DATE ON DEFENDANT'S MOTION TO VACATE TCPA PORTIONS OF ARBITRATION AWARD; PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO CONFIRM** |
| CREDIT ONE BANK, N.A., et al. | |
| Defendants. | |
| | **HEARING DATE: Oct. 22, 2018** |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the hearing date on defendant Credit One Bank, N.A.'s notice of motion and motion to vacate portions of the Final Arbitration Award and opposition to Plaintiff's Petition to Confirm, ECF No. 3 ("Motion") is October 22, 2018, which pursuant to Chambers Rules ¶ II(A) is 35 days from the date the Motion was filed.

Dated: September 19, 2018

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

By: /s/*Damian Richard*
    Damian Richard

Attorneys for Defendant
Credit One Bank, N.A.